**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES T. BROCKMAN, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>STANLEY FRIEDMAN, individually; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.  23-CV-0162-GPC-AGS<br><br>**ORDER INSTRUCTING CLERK TO CLOSE CASE, DENYING MOTION AS MOOT, AND VACATING HEARING**<br>**[ECF Nos. 4 & 8]** |

      On February 22, 2023, Plaintiff James T. Brockman filed a Notice of Voluntary Dismissal of Action Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  ECF No. 8.  His Complaint, filed in State Court but removed to this Court by Defendant Stanley Friedman, alleged claims of fraud, conversion, and unjust enrichment arising from the purported sale of an automobile, authorized by Friedman, to Brockman.  ECF No. 1 at 9–13.  This action was "based on" and "include[d two of] the same claim[s]" as an earlier action filed by Brockman in State Court which was removed to this Court and subsequently voluntarily dismissed by Brockman.  *See* Case No. 3:22-cv-2002-GPC-AGS, ECF Nos. 1, 4, 5.

Although Rule 41(a)(1)(B) plainly states that when "the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits," binding Ninth Circuit case law makes clear "that once a notice of voluntary dismissal is filed, the district court in which the action is pending loses jurisdiction and cannot exercise discretion with respect to the terms and conditions of the dismissal." *See Com. Space Mgmt. Co., v. Boeing Co.*, 193 F.3d 1074, 1076 (9th Cir. 1999) ("[I]t does not matter what label the plaintiff attaches to a second voluntary dismissal. Rather, Rule 41 itself prescribes the effect of Rule 41(a)(1) dismissals."). Accordingly, the pending motion to change venue, ECF No. 4, is denied as moot; the hearing previously scheduled for Friday, April 7, 2023 is hereby VACATED; and the Clerk is instructed to CLOSE the case.

**IT IS SO ORDERED.**

Dated: February 23, 2023

Hon. Gonzalo P. Curiel
United States District Judge